UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAQUAN POSLEY,

Plaintiff,

-against-

NEW YORK CITY; NEW YORK CITY DEPARTMENT OF CORRECTIONS,

Defendants.

22-CV-5819 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Naquan Posley, who is currently detained at the Anna M. Kross Center (AMKC), brings this action *pro se*. He submitted the complaint without having signed it.[1] Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark hand placed)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Plaintiff is directed to resubmit to the Court, within thirty days of the date of this order, the signature page of the complaint with an original signature. A copy of the unsigned complaint, including the signature page, is attached to this order.

[1] The complaint repeatedly refers to Andre Antrobus, a fellow AMKC detainee who is also a frequent litigant in this Court. *See, e.g.*, *Antrobus v. Molina*, No. 22-CV-4780 (S.D.N.Y.) (pending). Posley's complaint appears to have been written in Antrobus's distinctive handwriting. It is therefore particularly important to ascertain that Posley intends to file this action as plaintiff and understands the consequences of doing so (for example, that a $350.00 filing fee will be withdrawn from his inmate account in installments, and that if he brings three actions while a prisoner that are dismissed on qualifying grounds, he will be disqualified under 28 U.S.C. § 1915(g) from proceeding *in forma pauperis* in future actions filed as a prisoner).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 8, 2022
               New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUL -6 AM 10: 45

NAQuan Mosley

Write the full name of each plaintiff.

No. ____________
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

New York City &
NYC Dept of corrections
Et AL.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

NAQUAN Mosley

First Name Middle Initial Last Name

______

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

195-22-00-140

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC

Current Place of Detention

1818 Hazen st

Institutional Address

East Elmhurst NY 11370

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: NYC Department of Corrections
First Name Last Name Shield #

Current Job Title (or other identifying information)
75-20 Astoria Blvd
Current Work Address
East Elmhurst NY 11370
County, City State Zip Code

Defendant 2: New York city
First Name Last Name Shield #

Current Job Title (or other identifying information)
City Hall
Current Work Address
New York NY 10007
County, City State Zip Code

Defendant 3:
First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:
First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

**V. STATEMENT OF CLAIM**

Place(s) of occurrence: AMKC 9 main

Date(s) of occurrence: 06-06-22, 06-10-22, 06-15-22, 06-28-22

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Andre Antrobus was telling us for decades D-O-C By orders of D.A.'s like holtzman, hynes and Gonzales except thompson he was good; But By the orders of D.A they Block you services like mail, phone and etc. And they retaliate By foist of violence to Block your defense and other inmates confirmed it Been happening for 5 months unreasonable siezure of favorable exonerating evidence to set him free then I witness it every day for month and arguing By Andre Antrobus with staff and violence!! I started helping Mr Antrobus and aweek later all what Mr Antrobus started happening too me from 06-06-22 to etc. unreasonable siezure of exonerating evidence to set me free, then Blocking my mail and phone then sending leaders, to retaliate against me cause I grieved staff if it was-nt bad enough leaders rationing services. foisting me to fight every other day or got cut, extorting me for my stuff the little I got and putting me in imminent serious in-jury "I don't want to be burned, assaulted and cut like Mr, Antrobus I witness since I'm here also C-O's threats of violence"! on 06-28-22 C-O's threaten me if I keep sen-ding mail for mr. Antrobus and they sent inmates to surround me with 5 shanks By orders of D-O-C staff if it was nt bad enough I had 5 fights in the arena the Bathroom already dust not as bad as Mr Antrobus 15 and more fights the foist him to do a month! But he was suppose to leave on 06-08-22 and 06-23-22 to writ court and D.O.C fraud and Rused him to miss court then tried to fight him! Now the leaders are threaten me already rationing meals and services and now staff got me on they radar threaten me with imminent serious injury every day and blocking my defense like people ex rel Burse v schiaddi

Even [illegible] it happen to Mr Antrobus for months saying its alot of mail in mail room for Mr Antrobus since March and if you help him it will happen to you, I witnessed now happening to me my Jaw got swollen couldn't eat for weeks and no medical services rendered, rationing of food service By leaders & staff, foist to fight, mail & phones Blocked, getting dumped cause of retaliation of staff orders even though it's Back enough of the "Pecks order" of leaders oppression who D-O-C ceded control too like ex rel people Barse v. scharaldi check the 02-28-22 Daily news

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Blocking my defense By ceding control to leaders inmates and extra for helping Mr Antrobus with Retaliation of unreasonable siezures of exonerating evidence for freedom & Liberty. swollen eyes and Jaws every week plus medical negligence 1) got dumped hit my lower Back on toilet lower Back pain 2) swollen eyes and Jaws 3) depriving a defense

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I want $6,000,000.00 for punitive damages for injuries suffered every week, medical negligence denying a defense of liberty and freedom

I want $1,000,000.00 for compensation for future can't work cause of lower Back injury and medical negligence may aggravate and unreasonable foist siezures to deny my defense of freedom and liberty and every day getting worst more Threats By D-O-C more assaults By leaders they ceded control to and imminent threats of violence By getting cut and stab By orders of staff I got to watch my Back with inmates with weapons stabbing me in the Back which staff lie for and let them Brandish they weapons and Beat other inmates. But with staff putting a hit on me cause retaliation I'm a dead man not Bad as Mr. Antrobus

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06-30-22 — Dated

X — Plaintiff's Signature

Na Qaun — First Name

Middle Initial

Mosley — Last Name

1818 Hazen St — Prison Address

East Elmhurst — County, City

NY — State

11370 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ____________

Walter Biddle 141-22-01-561
AMKC
18 18 Hazen st
East Elmhurst NY 11370

Free postage Pro Se
No money in account

EN

United States District Court
Southern District of New York
Attn: Judge Laura Swain taylor
500 Pearl street
New York, New York 10007

RECEIVED
JUL 05 2022
CLERK'S OFFICE
S.D.N.Y.

USMP3
SDNY

1000781316 C099

RECEIVED
SDNY PRO SE OFFICE
2022 JUL -6 AM 10: 29