UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAQUAN POSLEY,

                 Plaintiff,

-against-                         22-CV-5819 (LTS)

NEW YORK CITY; NYC DEPT. OF CORRECTIONS,           ORDER OF DISMISSAL

                 Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 8, 2022, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Clerk of Court is directed to enter judgment.

SO ORDERED.

Dated:   August 9, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge

---

[1] Because this action was dismissed before adjudicating the application to proceed *in forma pauperis*, Plaintiff has not been charged the $350.00 filing fee.